Shumaker, Loop & Kendrick, LLP
Steven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone:  813.229.7600
Facsimile:   813.229.1660
*Attorney for Defendant*
*Sharon Day*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-CV-04090-SVW-RAO<br><br>**NOTICE OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:  July 14, 2025<br>Time:  1:30 p.m.<br>Judge:  Hon. Steven V. Wilson<br>Date Action Filed:  May 7, 2025<br><br>**Accompanying Documents**: Memorandum of Points and Authorities, Declaration of Sharon Day, Declaration of Steven M. Berman, and [Proposed] Order |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 14, 2025, at 1:30 p.m. at First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, SHARON DAY will move this Court for an order transferring venue pursuant to 28 U.S.C. § 1404(a).  Defendant Day's Motion is brought on the following grounds:

1. The Complaint filed by CATALINA YACHTS, INC., alleges on information and belief that venue is proper in the United States District Court for the

Central District of California.

2. Defendant Day requests that this action be transferred to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1404(a).

3. Defendant Day has met and conferred with Plaintiff and counsel for Defendant Gerard Douglas pursuant to Local Rule 7-3. Plaintiff does not consent to the instant motion, and counsel for Defendant Douglas did not provide a position on the instant motion.

Defendants' motion is based on this Notice of Motion to Transfer Venue; the accompanying Memorandum of Points and Authorities, Declaration of Sharon Day, and Declaration of Steven M. Berman, and any and all other pleadings, documents, records, files and other evidence as may be presented.

Dated:   June 9, 2025                         **SHUMAKER, LOOP & KENDRICK, LLP**

By: /s/Steven M. Berman
Steven M. Berman
Attorney for Defendant