Shumaker, Loop & Kendrick, LLPS
teven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone:  813.229.7600
Facsimile:   813.229.1660

Attorney for Defendant
Sharon Day

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| CATALINA YACHTS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-CV-04090-SVW-RAO<br><br>**DECLARATION OF STEVEN M. BERMAN IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>Date:      July 14, 2025<br>Time:     1:30 p.m.<br>Judge:    Hon. Steven V. Wilson<br>Date Action Filed:     May 7, 2025 |

I, Steven M. Berman, declare as follows:

1.     I am the attorney for Defendant Sharon Day.

2.     Attached as Exhibit 1 is a true and correct copy of the History of Catalina Yachts, as that information appears on Plaintiff's website. https://www.catalinayachts.com/history/

3.     Attached as Exhibit 2 is a true and correct copy of an article indicating the sale of the Catalina Yachts building in Woodland Hills, California, in 2022, and noting "The boat-building operation was moved two years ago to a location just

SHUMAKER, LOOP &
KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

- 1 -

DECLARATION OF STEVEN M. BERMAN
IN SUPPORT OF MOTION TO TRANSFER
VENUE 2:25-CV-04090

outside of Tampa, Florida." https://valley.labusinessjournal.com/news/weekly-news/catalina-yachts-building-woodland-hills-sold/

4.      Attached as Exhibit 3 is a true and correct copy of an article showing the sale of Catalina Yachts, including the Florida operations, to Daedalus Yachts, which is located in Edenton, North Carolina. https://www.bwsailing.com/cc/2025/05/catalina-yachts-acquired-by-daedalus-yachts-founder-micheal-reardon/

5.      Attached as Exhibit 4 is a true and correct copy of the information available on the Pinellas County Florida Property Appraiser Records for the land owned by Catalina Yachts at 7200 Bryan Dairy Road, Pinellas Park, Florida 33777. These publicly-available records indicate the land area for this property is approximately 17.28 acres and includes nine (9) building structures, which total approximately 256,972 square feet of operations.

6.      Prior to this litigation and upon discovering that Catalina Yachts was selling its assets to Daedalus Yachts, I communicated with Plaintiff's counsel via telephone and also sent email correspondence on April 29, 2025. Plaintiff's counsel did not respond to that email and instead filed this lawsuit in California on May 7, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2025, at Tampa, Florida.

Steven M. Berman

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CATALINA YACHTS, a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SHARON DAY, an individual;<br>GERARD DOUGLAS, an individual;<br>and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:25-CV-04090-SVW-RAO |

## EXHIBIT 1 TO DECLARATION OF STEVEN BERMAN



History

# FRANK BUTLER

When Frank Butler founded Catalina Yachts in 1970, his goal was not to become the largest sailboat builder in the United States. His goal was, and still is, to build good boats that are a good value for our customers.

Accomplishing this requires planning, efficient manufacturing and well-designed boats. Catalinas do well in a very competitive market, because they are the result of listening carefully to our customers and dealers. When we design a new boat, we don´t try to reinvent the wheel each time. We incorporate proven features with new ideas and a lot of boatowners´ suggestions. This gives the line continuity, helps us avoid overly trendy styling, and insures good resale value for Catalina owners.

At Catalina we are especially proud of having the biggest percentage of repeat customers in the industry. We are all committed to maintaining the high level of customer confidence this represents. The Catalina philosophy means listening to our customers and doing our best every day.

On that promise the Catalina family will continue to grow.



# CHRONOLOGICAL HISTORY

**July 1969** Catalina´s first model, the Catalina 22, is built in North Hollywood, CA. Company owner Frank Butler hopes to build 100 boats if all goes well.

**March 1970** Catalina´s second model, the Catalina 27, is introduced following the success of the Catalina 22.

**December 1974** Catalina´s third model, the Catalina 30, is introduced; the trend-setting design is an immediate sales success and wins its class in the Newport to Ensenada Race.

**February 1975** The Catalina 22 exceeds Frank Butler´s hopes to build 100 boats when hull number 5,000 is completed.

**August 1979** The "International Friendship Regatta" is held in Japan; 4 U.S. and 10 Japanese crews compete in Coronado 15s.

**February 1980** SAIL Magazine names the Catalina 22 "trailerable boat of the decade."

**March 1980** The Catalina 38 is selected as the match-racing boat for Congressional Cup by the Long Beach Yacht Club; Dennis Durgan wins.

**September 1980** Catalina 22 hull number 10,000 is completed. C22s are being built at Catalina´s East and West Coast plants in England, Australia, and Canada.

**January 1982** Patrick Childress completes a 2 1/2 year, singlehanded circumnavigation in his Catalina 27.

**[Jul]y 1982** The first Catalina 36 is completed at the Woodland Hills, Ca., plant.

**March 1983** Mainsheet Magazine issue no. 1 is published, quickly growing to over 100 pages and 10,000 Catalina owner subscribers.







**July 1982** The first Catalina 36 is completed at the Woodland Hills, Ca., plant.

**March 1983** Mainsheet Magazine issue no. 1 is published, quickly growing to over 100 pages and 10,000 Catalina owner subscribers.

**May 1984** Catalina acquires Morgan Yachts in Largo, Fl., which becomes the Morgan Division of Catalina, specializing in cruising and charter boats and building many Catalina models on the East Coast.

**May 1985** Catalina 27 hull number 6,000 is built in Woodland Hills, making the C-27 the largest class of keelboats in the world.

**October 1987** Catalina 30 hull number 5,000 is completed. Catalina 30s are being built at the East and West Coast plants, as well as in Canada and England.

**November 1987** Singlehanded sailor Shane St. Clair sails his Capri 18 from Oxnard, Ca., to Hawaii in 28 days.

**July 1988** Billy Peterson supervises the installation of the largest (70 ft.) computerized sail-plotting and cutting machine in the U.S. at the Woodland Hills, California plant.

**August 1988** Coronado 15 skipper Alison Jolly becomes the first woman to skipper in the Olympics; she wins a gold medal in the women´s 470 Class.

**January 1989** The first Catalina 42 is built. 100 hulls are delivered in the first year, breaking U.S. production records.

**February 1990** Catalina 22 hull number 15,000 is delivered.

**March 1990** The Catalina 37 is selected for the Congressional Cup, the first time a fleet of 11 has been designed and built especially for the Congressional Cup. Chris Dickson wins.

**September 1990** Catalina 30 hull number 6,000 is completed, setting a new keel-boat production record.

**July 1991** The first Catalina 28 is built.

**August 1991** Catalina´s Morgan Division completes Procyon, a 65-foot test boat for new concepts in yacht design and construction for Olaf Harken and Procyon Inc.

**November 1992** Catalina´s Morgan Division introduces the Morgan 38, the first all-new Morgan model in a decade.

**December 1992** The Catalina 270 is unveiled, replacing the C-27 and wins one of Cruising World Magazine´s "Boat of the Year" awards.

**February 1993** The Catalina 320 is introduced at the first "Sail Expo" and is enthusiastically received by new owners.

**February 1994** The Catalina 400 is introduced at "Sail Expo," the only twin-wheel boat built in the U.S.; it´s the hit of the show.

**February 1994** The Capri 16.5 introduced at "Sail Expo," a beach launchable performance sailing dinghy for sailors with a wide range of ages and skills

**May 1994** The Catalina 250 is introduced as the first water ballast t railerable sailboat from Catalina.

**January 1995** Frank Butler receives SAIL´S Industry Award for Leadership for "building boats that are "straightforward, offer price for value, are solid and honest"..."With a product analogous to the Ford in the car business, Catalina Yachts has allowed vast numbers of people to experience sailing, considering both the skill level and financial wherewithal of potential sailors, that might not have been able to otherwise, thus radically changing the sport of sailing over the past 25 years."

**January 1995** The Catalina 22 markII is introduced with re-designed and enlarged deck and new interior.

**February 1995** The Catalina 22 is named as one of five charter members to Sailboat Hall of Fame.

**March 1995** The Catalina 36 Mark II wins one of Cruising World Magazine´s "Boat of the Year" awards.

**April 1995** Catalina 250 Hull number 100 is built in Woodland Hills.

**May 1995** Catalina 42 hull number 500 is built in Woodland Hills.

**February 1996** The Catalina 34 MarkII is introduced with re-designed and enlarged deck, transom and interior.

**March 1996** The Catalina 28 Mark II wins one of Cruising World Magazine´s "Boat of the Year" awards.

**April 1996** The Catalina 380 is introduced as reflection of the priorities expressed by experienced sailing couples and families.

**November 1996** Catalina 400 Hull number 100 is built in Largo, Florida





CATALINA FLEET ⌄     PARTS     STORE     MAINSHEET MAGAZINE     TRUE NORTH YACHTS     📍 DEALER LOCATOR

**April 1996** The Catalina 380 is introduced as reflection of the priorities expressed by experienced sailing couples and families.

**November 1996** Catalina 400 Hull number 100 is built in Largo, Florida

**January 1997** The Catalina 380 wins one of Cruising World Magazine´s Mid-Size Cruising "Boat of the Year" award.

**January 1998** The Catalina 470 is introduced

**December 1998** Frank Butler took on Sharon Day, Vice President of Sales and Gerry Douglas, V. P. of Engineering as partners in his privately held company.

**January 1999** Catalina inaugurates the Catalina Cruisers Hall of Fame to honor the Catalina owners´ who have made notable voyages aboard their boats.

**February 1999** The Catalina 310 is introduced and wins Cruising World Magazine´s Pocket Cruiser "Boat of the Year" award.

**February 2000** The Catalina 310 is selected by Sail Magazine and it´s readers as one of the Top 10 sailboats for 2000

**December 2000** Catalina 36 Hull number 2000 is built in Woodland Hills, CA

**September 2001** The Catalina Capri 22 is updated and is selected by Sail Magazine and it´s readers as one of the Top 10 sailboats for 2001

**May 2001** Catalina 14.2 Hull number 5000 is built in Woodland Hills, CA

**January 2002** The Catalina 350 is introduced to enthusiastic reviews and results in 100 boats sold the first model year.

**July 2002** The Catalina Expo 12.5 and 14.2 are introduced as particularly easy to sail for both younger and older sailors.

**September 2002** Catalina Capri 22 Hull number 1000 is built in Woodland Hills, CA

**January 2003** The Catalina 387 is introduced

**March 2004** The Catalina 320 Hull number 1000 is built in Woodland Hills, CA

**May 2004** The Catalina 18mkII is introduced with new deck, cabin house, and cockpit.

**June 2004** The Catalina 22 Sport is introduced to better accomodate one-design racing.

**October 2004** The Catalina Morgan 440 Deck Salon is introduced.

**January 2005** The Catalina Morgan 440 wins one of Cruising World Magazine´s "Boat of the Year" awards for "Best Production Cruiser 40´ to 45´.

**August 2005** The Largo, Florida, plant expands with 3 new building adding an additional 56,000 square feet of manufacturing space.

**October 2005** The Catalina 309 is introduced at the St. Petersburg Boat Show

**January 2006** Catalina´s technical brochure, "The Art and Science of Building America´s Favorite Sailboats" is released.

**October 2006** The Catalina 320mkII is introduced.

**January 2007** The Catalina 309 wins Cruising World magazine´s "Domestic Boat of the Year" award as well as "Best Small Cruiser" award.

**June 2007** The Catalina 350mkII is introduced.

**June 2007** The Catalina 250mkII is introduced.

**November 2007** Catalina 42 hull number 1,000 is built.

**January 2008** Catalina 375 is introduced.

**January 2009** The Catalina 375 is awarded "Best All Purpose Cruiser 30-40 ft."

**April 2009** Catalina 445 is introduced.

**July 2009** Catalina celebrates its 40th year.

**December 2010** The Catalina 445 wins Cruising World Magazine´s "Boat of the Year Award", "Best Full Size Cruiser" and SAIL Magazine´s "Best Cruising monohull Under 50 ft."

**October 2010** Catalina 355 is introduced at the United Staes Sailboat Show in Annapolis, MD.





**December 2010** The Catalina 445 wins Cruising World Magazine's "Boat of the Year Award", "Best Full Size Cruiser" and SAIL Magazine's "Best Cruising Monohull Under 50 ft."

**October 2010** Catalina 355 is introduced at the United Staes Sailboat Show in Annapolis, MD.

**January 2011** Catalina 355 wins Cruising World's "Domestic Boat of the Year" award.

**October 2011** Catalina 385 is introduced at the United States Sailboat Show in Annapolis, MD.

**January 2012** The Catalina 385 is named SAIL Magazine's "Best New Boat".

**October 2012** The Catalina 315 is introduced at the United States Sailboat Show in Annapolis, MD.

**January 2013** The Catalina 315 wins Cruising World's "Boat of the Year" as Best In-Shore Cruiser and SAIL Magazine's "Best New Boat Award".

**October 2013** The Catalina 275 Sport is introduced at the United States Sailboat Show in Annapolis, MD.

**January 2014** The Catalina 275 Sport wins Cruising World's "Best Pocket Cruiser" and Sailing Worlds "Best Recreational Racer", the first time the same boat has won both awards in 33 years.

**January 2014** Catalina 355 #100 is delivered to Sail Place, Inc. for Strictly Sail Chicago show.

**May 2014** Catalina 445 #100 is delivered to Little Yacht Sales in Texas.

**October 2016** The much anticipated Catalina 425 makes a world debut at the United States Sailboat Show in Annapolis, MD.

**January 2017** The Catalina 425 wins Cruising World's "Boat of the Year" and SAIL Magazine's "Best Boat" awards.



## NATIONAL SAILING HALL OF FAME

### In 2013 Frank Butler was inducted into the National sailing Hall of Fame.

*"I am so proud to sit with these superstar sailors,",* said Butler in reference to his fellow Inductees.

*"I remember when I built my very first boat. I was about 12-13 years old. I made a boat that was about two feet long; it was a sailboat… I never thought at that time I'd be building 60,000 boats. I enjoyed it…it was not work. It was so much fun."*



PROUDLY OWNED, DESIGNED & BUILT IN AMERICA!



Catalina Yachts

CATALINA FLEET ⌄    PARTS    STORE    MAINSHEET MAGAZINE    TRUE NORTH YACHTS

📍 DEALER LOCATOR

**January 2017** The Catalina 425 wins Cruising World's "Boat of the Year" and SAIL Magazine's "Best Boat" awards.



## NATIONAL SAILING HALL OF FAME

**In 2013 Frank Butler was inducted into the National sailing Hall of Fame.**

*"I am so proud to sit with these superstar sailors,"*, said Butler in reference to his fellow Inductees.

*"I remember when I built my very first boat. I was about 12-13 years old. I made a boat that was about two feet long; it was a sailboat... I never thought at that time I'd be building 60,000 boats. I enjoyed it...it was not work. It was so much fun."*

## PROUDLY OWNED, DESIGNED & BUILT IN AMERICA

### ADDITIONAL RESOURCES

⊕ Contact

⊕ News

⊕ History

⊕ Brochure Archives

⊕ Associations

### CONTACT

PARTS & TECH SUPPORT
727-544-6681

7200 Bryan Dairy Rd
Largo, FL. 33777

  



© 2025 Catalina Yachts
Accessibility Statement



---

**Page Vault**

| | |
|---|---|
| Document title: | History – Catalina Yachts |
| Capture URL: | https://www.catalinayachts.com/history/ |
| Page loaded at (UTC): | Thu, 05 Jun 2025 19:27:45 GMT |
| Capture timestamp (UTC): | Thu, 05 Jun 2025 19:29:07 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | jwx7cKNNQQ4AgQiKFHpBVi |
| Display Name: | tmagee |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

CATALINA YACHTS, a
California Corporation,

          Plaintiff,

    v.

SHARON DAY, an individual;
GERARD DOUGLAS, an individual;
and DOES 1 through 10, inclusive,

          Defendants.

Case No. 2:25-CV-04090-SVW-RAO

**EXHIBIT 2 TO DECLARATION OF STEVEN BERMAN**

Login    Join Our Membership

LOS ANGELES BUSINESS JOURNAL

Inside
The VALLEY

The Lists    Real Estate    Health Care    Tech    Finance    Manufacturing    Special Editions ⌄    LABJ    Events ⌄    Custom Content ⌄    Community of Business


**PUT COMMUNITY OVER PROFIT**

Increasing the price of some goods, services, and rental housing by over 10% after a disaster is price gouging.

**LEARN ABOUT PRICE GOUGING**

CLICK HERE

LOS ANGELES COUNTY CONSUMER & BUSINESS AFFAIRS

HOME › REAL ESTATE › INDUSTRIAL

INDUSTRIAL  ›  NEWS  ›  WEEKLY NEWS

# Catalina Yachts Building in Woodland Hills Sold

 BY **HANNAH MADANS WELK**
FEBRUARY 3, 2022

👁 553





Catalina Yachts building at at 21200 Victory Blvd. in Woodland Hills.

The Catalina Yachts building in Woodland Hills has sold for $61 million.

Butler Family Trust sold the building to buyer W-F Catalina Owner IX. Gordon Mace and Josh Linn of Beitler Commercial Realty were the listing agents on the


**PUT COMMUNITY OVER PROFIT**

Increasing the price of some goods, services, and rental housing by over 10% after a disaster is price gouging.

LEARN ABOUT PRICE GOUGING

CLICK HERE

LOS ANGELES COUNTY CONSUMER & BUSINESS AFFAIRS

**RELATED ARTICLES**


BUSINESS JOURNAL EVENTS
**2025 Commercial Real Estate Awards: Best Community Impact Lease of the Year**


BUSINESS JOURNAL EVENTS
**2025 Commercial Real Estate Awards: Best Multi-Family Sale of the Year**


BUSINESS JOURNAL EVENTS
**2025 Commercial Real Estate Awards: Best Medical Lease of the Year**


BUSINESS JOURNAL EVENTS
**2025 Commercial Real Estate Awards: Best Medical Sale of the Year**


BUSINESS JOURNAL EVENTS
**2025 Commercial Real**

The Catalina Yachts building in Woodland Hills has sold for $61 million.

Butler Family Trust sold the building to buyer W-F Catalina Owner IX. Gordon Mace and Josh Linn of Beitler Commercial Realty were the listing agents on the industrial building at 21200 Victory Blvd. Mace represented the buyer.

The two-story 187,000-square-foot industrial building, which sits on 9.3 acres, has 60,000 square feet of office space. Catalina Yachts founder Frank Butler purchased it from Rocketdyne in 1978. Butler passed away in 2020.

"It's a historic building at Warner Center," Mace said. "It was built for Rocketdyne to test jet engines back in the 1960s. It has got 32-foot ceiling clearance. Not many buildings have that. And it's in a great location."

Butler, who founded Catalina Yachts in the 1960s, grew the company into the largest builder of fiberglass production sailboats in the United States.

The building had been used to manufacture sailboats. The boat-building operation was moved two years ago to a location just outside of Tampa, Florida, according to Mace.



RELATED ARTICLES


BUSINESS JOURNAL EVENTS
2025 Commercial Real Estate Awards: Best Community Impact Lease of the Year


BUSINESS JOURNAL EVENTS
2025 Commercial Real Estate Awards: Best Multi-Family Sale of the Year


BUSINESS JOURNAL EVENTS
2025 Commercial Real Estate Awards: Best Medical Lease of the Year


BUSINESS JOURNAL EVENTS
2025 Commercial Real Estate Awards: Best Medical Sale of the Year


BUSINESS JOURNAL EVENTS
2025 Commercial Real Estate Awards: Best Land Lease of the Year

SHARE

PREVIOUS ARTICLE
LA North Studios Leases Valencia Building for Conversion to Soundstage

NEXT ARTICLE
NoHo Business Owner to Chair L.A. Chamber of Commerce



Hannah Madans Welk

Hannah Madans Welk is a managing editor at the Los Angeles Business Journal and the San Fernando Valley Business Journal. She previously covered real estate for the Los Angeles Business Journal. She has done work with publications including The Orange County Register, The Real Deal and doityourself.com.


DON'T ADD TO THE PAIN
Increasing the price of some goods, services, and rental housing by over 10% after a disaster is price gouging.
LEARN ABOUT PRICE GOUGING    CLICK HERE

FEATURED ARTICLES


HEALTH CARE


REAL ESTATE


RETAIL
Store Rethinks Secondhand


PUT COMMUNITY OVER PROFIT
Increasing the price of some goods, services, and rental housing by over 10% after a disaster is price gouging.
LEARN ABOUT PRICE GOUGING    CLICK HERE



| | |
|---|---|
| Document title: | Catalina Yachts Building in Woodland Hills Sold |
| Capture URL: | https://valley.labusinessjournal.com/news/weekly-news/catalina-yachts-building-woodland-hills-sold/ |
| Page loaded at (UTC): | Mon, 09 Jun 2025 13:23:54 GMT |
| Capture timestamp (UTC): | Mon, 09 Jun 2025 13:24:48 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 14 |
| Capture ID: | hvYwLQjUm7uu3RzrYNDS2K |
| Display Name: | tmagee |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

CATALINA YACHTS, a
California Corporation,

            Plaintiff,

    v.

SHARON DAY, an individual;
GERARD DOUGLAS, an individual;
and DOES 1 through 10, inclusive,

            Defendants.

Case No. 2:25-CV-04090-SVW-RAO

**<u>EXHIBIT 3 TO DECLARATION OF STEVEN BERMAN</u>**



**JUST CRUISING WITH GEORGE DAY**

# Catalina Yachts Acquired by Daedalus Yachts Founder Micheal Reardon

*By George Day · On May 22, 2025*

On April 30, Daedalus Yachts founder Michael Reardon announced that he and his company had acquired Catalina Yachts and its sister company True North. The announcement signals both a major shift in American boat building and a promise of continuity for two brands that have iconic status in the sailing and power boating communities.

"For over 50 years, Catalina has stood for accessible, well-built boats that deliver real sailing pleasure," said Patrick Turner, Catalina's president. "Michael Reardon shares those values, and we're confident he'll carry them forward while positioning the brand for the future."

Reardon, who with his partners founded Daedalus Yachts in Edenton, North Carolina, commented "We're not just preserving the legacy—we're building upon it. Catalina and True North are iconic American brands. I'm honored to lead them into the next era of growth and innovation."

Reardon, who has a long award-winning history in high tech boat building, said that both Catalina and True North will continue operation in their existing plant in Largo, Florida. The current staff will be maintained, and the new owner will continue to support the existing dealer network.

More than a hundred thousand Catalina boats have been launched since Frank Butler founded the company in 1969. For current owners, the new ownership represents a brand continuity that means Catalina and True North will still provide the product support the company has been known for over the last 50-plus years.

The contrast between the Catalina and True North brands and Daedalus could not be more striking. While Catalina and True North have always built boats that are conservative, classic and practical, boats that get American families out on the water, Daedalus is a high-tech disrupter that creates all-carbon energy-efficient catamarans for mega millionaires.

A founding partner of Daedalus is Stefan Muff who created the technology for Google Maps. More than four billion...

---



**CRUISING COMPASS**

*FREE*

Weekly Newsletter

Subscribe Today

**CLICK HERE**

**RECENT POSTS**


**Oyster Introduces New 595 Series II**
June 4, 2025


**Predictwind Introduces Anchor Alert App**
June 4, 2025


**Canadian Smoke and Saharan Sand Fill the U.S. Skies**
June 4, 2025

**PLEASE VISIT OUR SPONSOR'S WEBPAGES**


Coastal Climate Control
Marine Cooling, Monitoring, and Solar Solutions

**Get Solar, your batteries will live longer**
www.CoastalClimateControl.com

 
 



The contrast between the Catalina and True North brands and Daedalus could not be more striking. While Catalina and True North have always built boats that are conservative, classic and practical, boats that get American families out on the water, Daedalus is a high-tech disrupter that creates all-carbon energy-efficient catamarans for mega millionaires.



A founding partner of Daedalus is Stefan Muff who created the technology for Google Maps. More than four billion people use his products every day. As a historic "change maker", Muff is committed to eco-friendly yachting and advanced boat building techniques.

With Michael Reardon at the helm, Muff and Daedalus intend to steer both Catalina and True North on a course to an innovative future.  How these three brands, each with its own history and DNA, fit together going forward will take time to tell. But, at the least and for the time being, Catalina and True North won't fade into the mist like so many other American boat builders over the pasty two decades.



SHARE    

GEORGE DAY

## YOU MIGHT ALSO LIKE



**BOAT REVIEWS**

Oyster Introduces New 595 Series II



**JUST CRUISING WITH GEORGE DAY**

2025 Hurricane Season to be More Active than Usual



**JUST CRUISING WITH GEORGE DAY**

The CCA's Guide to the Viking Route Across the Atlantic



HOME    MEDIA ADVERTISING & RATES    BLUE WATER SAILING    MULTIHULLS TODAY    ARCHIVES    CONTACT US

Published by Blue Water Sailing Media, a division of Day Communications, Inc., Middletown, RI

Publisher & Editor: George Day

Blue Water Sailing Media publishes Blue Water Sailing magazine, Multihulls Today and other titles.

Cruising Compass Advertising Sales:

George Day, Newport, RI

george@bwsailing.com

401-847-7612

**RECENT POSTS**

- Oyster Introduces New 595 Series II
- Predictwind Introduces Anchor Alert App
- Canadian Smoke and Saharan Sand Fill the U.S. Skies
- Survey of the Week
- Mindbender
- Catalina Yachts Acquired by Daedalus Yachts Founder Micheal Reardon
- A Veteran Cruiser Comments on Heaving To Techniques

**SEARCH**

Input search here for art

© 2014 Blue Water Media. All rights reserved. |  Admin



and True North have always built boats that are conservative, classic and practical, the get American families out on the water, Daedalus is a high-tech disrupter that creates all-carbon energy-efficient catamarans for mega millionaires.

A founding partner of Daedalus is Stefan Muff who created the technology for Google Maps. More than four billion people use his products every day. As a historic "change maker," Muff is committed to eco-friendly yachting and advanced boat building techniques.

With Michael Reardon at the helm, Muff and Daedalus intend to steer both Catalina and True North on a course to an innovative future.  How these three brands, each with its own history and DNA, fit together going forward will take time to tell. But, at the least and for the time being, Catalina and True North won't fade into the mist like so many other American boat builders over the pasty two decades.

---

SHARE    X Post    👍 Like 0    📌 Save

GEORGE DAY

---

## YOU MIGHT ALSO LIKE



**BOAT REVIEWS**
Oyster Introduces New 595 Series II



**JUST CRUISING WITH GEORGE DAY**
2025 Hurricane Season to be More Active than Usual



**JUST CRUISING WITH GEORGE DAY**
The CCA's Guide to the Viking Route Across the Atlantic





A tradition of innovation for 60+ years
Lifeline fittings, rigging hardware boating accessories



www.csjohnson.com

---



HOME    MEDIA ADVERTISING & RATES    BLUE WATER SAILING    MULTIHULLS TODAY    ARCHIVES    CONTACT US

Published by Blue Water Sailing Media, a division of Day Communications, Inc., Middletown, RI

Publisher & Editor: George Day

Blue Water Sailing Media publishes Blue Water Sailing magazine, Multihulls Today and other titles.

Cruising Compass Advertising Sales:

George Day, Newport, RI

george@bwsailing.com

401-847-7612

**RECENT POSTS**

- Oyster Introduces New 595 Series II
- Predictwind Introduces Anchor Alert App
- Canadian Smoke and Saharan Sand Fill the U.S. Skies
- Survey of the Week
- Mindbender
- Catalina Yachts Acquired by Daedalus Yachts Founder Micheal Reardon
- A Veteran Cruiser Comments on Heaving To Techniques

**SEARCH**

Input search here for art

© 2014 Blue Water Media. All rights reserved. | Admin

**Page Vault**

| | |
|---|---|
| Document title: | Catalina Yachts Acquired by Daedalus Yachts Founder Micheal Reardon | Cruising Compass |
| Capture URL: | https://www.bwsailing.com/cc/2025/05/catalina-yachts-acquired-by-daedalus-yachts-founder-micheal-reardon/ |
| Page loaded at (UTC): | Thu, 05 Jun 2025 02:47:51 GMT |
| Capture timestamp (UTC): | Thu, 05 Jun 2025 02:48:28 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | nKMzG2RRvhoSUKJBTum1Xo |
| Display Name: | tmagee |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CATALINA YACHTS, a<br>California Corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SHARON DAY, an individual;<br>GERARD DOUGLAS, an individual;<br>and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:25-CV-04090-SVW-RAO |

**<u>EXHIBIT 4 TO DECLARATION OF STEVEN BERMAN</u>**

**Pinellas County Property Appraiser - www.pcpao.gov**

Generated on 06/09/2025 09:25 AM

## Parcel Summary (as of 09-Jun-2025)

Parcel Number
**18-30-16-69768-300-5900**

Owner Name
CATALINA YACHTS

Property Use
4210 Heavy Industrial

Site Address
7200 BRYAN DAIRY RD
PINELLAS PARK, FL 33777

Mailing Address
2259 WARD AVE # 200
SIMI VALLEY, CA 93065-1880

Legal Description
PINELLAS FARMS SW 1/4, PT OF FARMS 54 & 59 &
15FT VAC R/W ADJ ON W & VAC 15FT 102ND AVE
ADJ ON S DESC FROM SE COR OF SW 1/4 TH
N88DW 695FT(S) FOR POB

Current Tax District
PINELLAS PARK (PP)

Year Built
1969 | 1970 | 1969 | 1969 | 1970 | 1979 | 2005 | 2005 |
2005

| Heated SF | Gross SF | Living Units | Buildings |
|---|---|---|---|
| **247,162** | **256,972** | **0** | **9** |

## Parcel Map



## Exemptions

| Year | Homestead | Use % | Status |
|---|---|---|---|
| 2026 | No | 0% | |
| 2025 | No | 0% | |
| 2024 | No | 0% | |

**Property Exemptions & Classifications**

No Property Exemptions or Classifications found. Please note that Ownership Exemptions (Homestead, Senior, Widow/Widower, Veterans, First Responder, etc... will not display here).

## Miscellaneous Parcel Info

| Last Recorded Deed | Sales Comparison | Census Tract | Evacuation Zone | Flood Zone | Elevation Certificate | Zoning | Plat Bk/Pg |
|---|---|---|---|---|---|---|---|
| 08235/0011 | Find Comps | 250.09 | B | Current FEMA Maps | Check for EC | Zoning Map | H7/4 |

## 2024 Final Values

| Year | Just/Market Value | Assessed Value/SOH Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|
| 2024 | $7,347,000 | $7,347,000 | $7,347,000 | $7,347,000 | $7,347,000 |

## Value History (yellow indicates corrected value)

| Year | Homestead Exemption | Just/Market Value | Assessed Value/SOH Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|---|
| 2023 | N | $7,100,000 | $7,100,000 | $7,100,000 | $7,100,000 | $7,100,000 |
| 2022 | N | $6,500,000 | $6,500,000 | $6,500,000 | $6,500,000 | $6,500,000 |
| 2021 | N | $6,405,000 | $6,405,000 | $6,405,000 | $6,405,000 | $6,405,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2020 | N | $6,300,000 | $6,300,000 | $6,300,000 | $6,300,000 | $6,300,000 |
| 2019 | N | $6,100,000 | $6,100,000 | $6,100,000 | $6,100,000 | $6,100,000 |

| 2024 Tax Information | |
|---|---|



Do not rely on current taxes as an estimate following a change in ownership. A significant change in taxable value may occur after a transfer due to a loss of exemptions, reset of the Save Our Homes or 10% Cap, and/or market conditions. Please use our **Tax Estimator** to estimate taxes under new ownership.

| Tax Bill | 2024 Millage Rate | Tax District |
|---|---|---|
| View 2024 Tax Bill | 18.7131 | (PP) |

| Sales History | | | | | | |
|---|---|---|---|---|---|---|
| Sale Date | Price | Qualified / Unqualified | Vacant / Improved | Grantor | Grantee | Book / Page |
| 12-Apr-1993 | $100 | U | I | ORTHWEIN PETER B TR | CATALINA YACHTS | 08235/0011 |
| 30-Jun-1984 | $2,507,000 | M | | | | 05782/0822 |

| 2024 Land Information | |
|---|---|

| Land Area: ≅ 752,747 sf \| ≅ 17.28 acres | Frontage and/or View: None | Seawall: No |
|---|---|---|

| Property Use | Land Dimensions | Unit Value | Units | Method | Total Adjustments | Adjusted Value |
|---|---|---|---|---|---|---|
| Heavy Manufacture | 0x0 | $275,000 | 17.2700 | AC | 1.0000 | $4,749,250 |

| Structural Elements | |
|---|---|
| Foundation | Spread/Mono Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Prefinished Metal |
| Unit Stories | 1 |
| Roof Frame | Steel Truss & Purlins |
| Living Units | 0 |
| Roof Cover | Corrugated Metal |
| Year Built | 1969 |
| Building Type | Pre-Engineered Metal |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | None |
| Cooling | None |
| Fixtures | 6 |
| Effective Age | 48 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 11,340 | 11,340 |
| **Total Area SF** | **11,340** | **11,340** |



## 2024 Building 2 Structural Elements and Sub Area Information

| Structural Elements | |
|---|---|
| Foundation | Continuous Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Concrete Blk/Stucco |
| Unit Stories | 2 |
| Roof Frame | Bar Joint/Rigid Frame |
| Living Units | 0 |
| Roof Cover | Blt Up Metal/Gypsum |
| Year Built | 1970 |
| Building Type | Offices |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | Dry Wall |
| Cooling | Heat & Cooling Pkg |
| Fixtures | 15 |
| Effective Age | 48 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 6,945 | 6,945 |
| Upper Story (USB) | 6,320 | 6,320 |
| Canopy(only or loading platform) (CAN) | 0 | 600 |
| **Total Area SF** | **13,265** | **13,865** |

**2024 Building 3 Structural Elements and Sub Area information**

| Structural Elements | |
| --- | --- |
| Foundation | Spread/Mono Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Prefinished Metal |
| Unit Stories | 1 |
| Roof Frame | Steel Truss & Purlins |
| Living Units | 0 |
| Roof Cover | Corrugated Metal |
| Year Built | 1969 |
| Building Type | Pre-Engineered Metal |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | None |
| Cooling | None |
| Fixtures | 38 |
| Effective Age | 48 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
| --- | --- | --- |
| Base (BAS) | 70,000 | 70,000 |
| Canopy(only or loading platform) (CAW) | 0 | 6,210 |
| **Total Area SF** | **70,000** | **76,210** |



**2024 Building 4 Structural Elements and Sub Area Information**

| Structural Elements | |
|---|---|
| Foundation | Spread/Mono Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Prefinished Metal |
| Unit Stories | 1 |
| Roof Frame | Steel Truss & Purlins |
| Living Units | 0 |
| Roof Cover | Corrugated Metal |
| Year Built | 1969 |
| Building Type | Pre-Engineered Metal |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | None |
| Cooling | None |
| Fixtures | 45 |
| Effective Age | 48 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 69,825 | 69,825 |
| **Total Area SF** | **69,825** | **69,825** |

## 2024 Building 5 Structural Elements and Sub Area Information

| Structural Elements | |
|---|---|
| Foundation | Spread/Mono Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Corrugated Metal |
| Unit Stories | 1 |
| Roof Frame | Steel Truss & Purlins |
| Living Units | 0 |
| Roof Cover | Corrugated Metal |
| Year Built | 1970 |
| Building Type | Pre-Engineered Metal |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | None |
| Cooling | None |
| Fixtures | 0 |
| Effective Age | 49 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 4,800 | 4,800 |
| **Total Area SF** | **4,800** | **4,800** |



2024 Building 6 Structural Elements and Sub Area Information

| Structural Elements | |
| --- | --- |
| Foundation | Spread/Mono Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Prefinished Metal |
| Unit Stories | 1 |
| Roof Frame | Steel Truss & Purlins |
| Living Units | 0 |
| Roof Cover | Corrugated Metal |
| Year Built | 1979 |
| Building Type | Pre-Engineered Metal |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | None |
| Cooling | None |
| Fixtures | 4 |
| Effective Age | 46 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
| --- | --- | --- |
| Base (BAS) | 15,352 | 15,352 |
| Service Production (SPN) | 3,080 | 3,080 |
| Canopy(only or loading platform) (CAN) | 0 | 3,000 |
| **Total Area SF** | **18,432** | **21,432** |



### 2024 Building 7 Structural Elements and Sub Area Information

| Structural Elements | |
|---|---|
| Foundation | Spread/Mono Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Prefinished Metal |
| Unit Stories | 1 |
| Roof Frame | Steel Truss & Purlins |
| Living Units | 0 |
| Roof Cover | Corrugated Metal |
| Year Built | 2005 |
| Building Type | Pre-Engineered Metal |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | None |
| Cooling | None |
| Fixtures | 18 |
| Effective Age | 20 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 47,200 | 47,200 |
| **Total Area SF** | **47,200** | **47,200** |



### 2024 Building 8 Structural Elements and Sub Area Information

| Structural Elements | |
|---|---|
| Foundation | Spread/Mono Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Prefinished Metal |
| Unit Stories | 1 |
| Roof Frame | Steel Truss & Purlins |
| Living Units | 0 |
| Roof Cover | Corrugated Metal |
| Year Built | 2005 |
| Building Type | Pre-Engineered Metal |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | None |
| Cooling | None |
| Fixtures | 4 |
| Effective Age | 20 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 7,500 | 7,500 |
| **Total Area SF** | **7,500** | **7,500** |

## 2024 Building 9 Structural Elements and Sub Area Information

| Structural Elements | |
|---|---|
| Foundation | Spread/Mono Footing |
| Floor System | Slab On Grade |
| Exterior Walls | Prefinished Metal |
| Unit Stories | 1 |
| Roof Frame | Steel Truss & Purlins |
| Living Units | 0 |
| Roof Cover | Corrugated Metal |
| Year Built | 2005 |
| Building Type | Pre-Engineered Metal |
| Quality | Average |
| Floor Finish | Concrete Finish |
| Interior Finish | None |
| Cooling | None |
| Fixtures | 4 |
| Effective Age | 20 |
| Other | .25 |

| Sub Area | Heated Area SF | Gross Area SF |
|---|---|---|
| Base (BAS) | 4,800 | 4,800 |
| **Total Area SF** | **4,800** | **4,800** |



| 2024 Extra Features | | | | | |
|---|---|---|---|---|---|
| Description | Value/Unit | Units | Total Value as New | Depreciated Value | Year |
| ASPHALT | $4.00 | 150,000.0 | $600,000 | $600,000 | 0 |
| FENCE | $16.00 | 2,500.0 | $40,000 | $16,000 | 1969 |
| FIRESPRINK | $4.00 | 70,000.0 | $280,000 | $112,000 | 1969 |
| FIRESPRINK | $4.00 | 4,800.0 | $19,200 | $12,672 | 2005 |
| FIRESPRINK | $4.00 | 13,890.0 | $55,560 | $22,224 | 1970 |
| FIRESPRINK | $4.00 | 11,340.0 | $45,360 | $18,144 | 1969 |
| FIRESPRINK | $4.00 | 70,000.0 | $280,000 | $112,000 | 1969 |
| FIRESPRINK | $4.00 | 18,432.0 | $73,728 | $29,491 | 1979 |
| FIRESPRINK | $4.00 | 47,200.0 | $188,800 | $124,608 | 2005 |
| FIRESPRINK | $4.00 | 7,500.0 | $30,000 | $19,800 | 2005 |
| PORCH | $27.00 | 1,088.0 | $29,376 | $11,750 | 2000 |

## Permit Data

Permit information is received from the County and Cities. This data may be incomplete and may exclude permits that do not result in field reviews (for example for water heater replacement permits). We are required to list all improvements, which may include unpermitted construction. Any questions regarding permits, or the status of non-permitted improvements, should be directed to the permitting jurisdiction in which the structure is located.

| Permit Number | Description | Issue Date | Estimated Value |
|---|---|---|---|
| FIRA-0124-00016 | FIRESPRINK | 04/02/2024 | $187 |
| FIRA-0124-00015 | FIRESPRINK | 04/02/2024 | $187 |
| FIRA-0324-00022 | FIRESPRINK | 03/18/2024 | $780 |
| 2012001638 | FIRESPRINK | 05/18/2012 | $1,200 |
| 2011001878 | FIRESPRINK | 08/16/2011 | $3,900 |
| 2011001878 | FIRESPRINK | 08/16/2011 | $3,900 |
| 2011001878 | | 07/22/2011 | $16,000 |
| 2011001878 | | 07/22/2011 | $16,000 |
| 2011001878 | ADDITION/REMODEL/RENOVATION | 06/21/2011 | $15,000 |
| 2011001878 | ADDITION/REMODEL/RENOVATION | 06/21/2011 | $15,000 |