Shumaker, Loop & Kendrick, LLP
Steven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: 813.229.7600
Facsimile: 813.229.1660

Attorney for Defendant
Sharon Day

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-CV-04090-SVW-RAO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:  July 14, 2025<br>Time:  1:30 p.m.<br>Judge:  Hon. Steven V. Wilson<br>Date Action Filed:  May 7, 2025 |

THIS MATTER is before the Court on Defendant SHARON DAY'S Motion to Transfer Venue, which came on regularly for hearing on July 14, 2025, at 1:30 p.m. in of this Court in Courtroom 10A of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012.

The Court, having considered the papers submitted and having heard oral argument as requested or directed, finds that pursuant to 28 U.S.C. § 1404(a) and other applicable law, this matter should be transferred to the United States District Court for the Middle District of Florida because this matter could have been brought there and because transfer is convenient and fair.

1   IT IS THEREFORE ORDERED that Defendant Sharon Day's Motion to
2   Transfer Venue is GRANTED.
3
4   Dated:      June ___, 2025                 _____
                                               Hon. Steven V. Wilson
5                                              United States District Court Judge