# EXHIBIT A

# EXHIBIT A



# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20220562515
Date Filed: 7/25/2022

### Entity Details

| | |
|---|---|
| Corporation Name | CATALINA YACHTS, INC. |
| Entity No. | 0544919 |
| Formed In | CALIFORNIA |

### Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 2259 WARD AVE<br>SUITE 200<br>SIMI VALLEY, CA 93065 |

### Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 2259 WARD AVE<br>SUITE 200<br>SIMI VALLEY, CA 93065 |
| Attention | Keith Lichtman |

### Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 2259 WARD AVENUE<br>SUITE 200<br>SIMI VALLEY, CA 93065 |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| SHARON DAY | 2259 WARD AVE<br>SUITE 200<br>SIMI VALLEY, CA 93065 | Chief Executive Officer |
| JEAN C. BUTLER | 2259 WARD AVE<br>SUITE 200<br>SIMI VALLEY, CA 93065 | Secretary, Chief Financial Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Directors

| Director Name | Director Address |
|---|---|
| JEAN C. BUTLER | 2259 WARD AVE<br>SUITE 200<br>SIMI VALLEY, CA 93065 |
| SHARON DAY | 2259 WARD AVE<br>SUITE 200<br>SIMI VALLEY, CA 93065 |

The number of vacancies on Board of Directors is: 0

### Agent for Service of Process

| | |
|---|---|
| Agent Name | SHAI OVED |
| Agent Address | 7445 TOPANGA CYN BLVD., STE. 220<br>CANOGA PARK, CA 91303 |

| | |
|---|---|
| **Type of Business** | |
| Type of Business | Yacht Manufacturer |
| **Email Notifications** | |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| **Labor Judgment** | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| **Electronic Signature** | |
| ☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *SHARON DAY* | *07/25/2022* |
| Signature | Date |

B0943-0124 07/25/2022 9:55 AM Received by California Secretary of State