NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Daniel A. Kaplan (SBN 179517)
LAW OFFICES OF DANIEL A. KAPLAN
555 West Beech Street, Suite 500
San Diego, CA 92101
Tel.: (619) 685-3988
Email: dkaplan@danielkaplanlaw.com

ATTORNEY(S) FOR: Defendant, GERARD DOUGLAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA YACHTS, INC., a California corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10. inclusive.<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-04090<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendant, GERARD DOUGLAS _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Catalina Yachts, Inc. | Plaintiff and Counter-Defendant |
| Sharon Day | Defendant |
| Gerard Douglas | Defendant and Counter-Plaintiff |
| Russell Lane Berney | Additional Counter-Defendant |
| Jean C. Butler | Additional Counter-Defendant |
| Michael Reardon | Additional Counter-Defendant |
| Deborah Reese Irrevocable Trust dated 9/7/2000 | Ownership interest in Counter-Defendant |
| Mary Linn Irrevocable Trust dated 9/7/2000 | Ownership interest in Counter-Defendant |
| Nancy Bear Irrevocable Trust dated 9/7/2000 | Ownership interest in Counter-Defendant |
| David Butler Irrevocable Trust dated 9/7/2000 | Ownership interest in Counter-Defendant |
| Butler Family Trust dated 1/30/1979 | Ownership interest in Counter-Defendant |

July 16, 2025                                    s/ Daniel A. Kaplan
Date                                             Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, Gerard Douglas