Michael C. Lieb (SBN 126831)
  mlieb@ecjlaw.com
Zoe M. Vallier (SBN 324324)
  zvallier@ecjlaw.com
Jacqueline McGuinness (SBN 337625)
  jmcguinness@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Plaintiff/Counter-Defendant
CATALINA YACHTS, INC.
and Counter-Defendants RUSSELL L.
BERNEY and JEAN C. BUTLER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:25-cv-04090-SVW-RAO<br><br>Assigned to The Hon. Stephen V. Wilson<br><br>**DECLARATION OF JACQUELINE MCGUINNESS IN SUPPORT OF COUNTER-DEFENDANTS CATALINA YACHTS, INC.'S, RUSSELL LANE BERNEY'S, AND JEAN C. BUTLER'S NOTICE OF MOTION AND MOTION TO DISMISS GERARD DOUGLAS' COUNTERCLAIM AND COUNT FOUR OF SHARON DAY'S COUNTERCLAIM**<br><br>*[Filed concurrently with Notice of Motion and Motion; and [Proposed] Order]*<br><br>Date:   October 20, 2025<br>Time:   1:30 p.m.<br>Ctrm.:  10A<br><br>Action Filed:  May 7, 2025<br>Trial Date:    None Set |

17639.11:11633149.1

DECLARATION OF JACQUELINE MCGUINNESS IN SUPPORT OF COUNTER-DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS

# DECLARATION OF JACQUELINE MCGUINNESS

I, Jacqueline McGuinness, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Ervin Cohen & Jessup LLP, attorneys of record for Counter-Defendants Catalina Yachts, Inc. ("Plaintiff"), Russell Lane Berney ("Berney"), and Jean C. Butler ("Butler") (collectively, "Movants"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Movants' Motion to Dismiss Gerard Douglas' Counterclaim and Count Four of Sharon Day's Counterclaim (the "Motion to Dismiss").

2. On August 22, 2025, I spoke by telephone with Daniel Kaplan of The Law Offices of Daniel A. Kaplan, counsel for record for Defendant and Counter-Plaintiff Gerard Douglas ("Douglas") and Steven Berman of Shumaker, Loop & Kendrick LLP, counsel for record for Defendant and Counter-Plaintiff Sharon Day ("Day") (collectively, "Defendants") regarding the substance of the Motion to Dismiss.

3. During this conversation with Messrs. Kaplan and Berman, I discussed each of the eleven counterclaims alleged in Douglas' Counterclaim and the tortious interference counterclaim alleged in Day's Counterclaim, as well as the grounds for Movants' Motion to Dismiss. Notwithstanding this conversation, Defendants declined to withdraw their counterclaims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of August 2025, at Beverly Hills, California.

*Jacqueline McGuinness*
Jacqueline McGuinness