Shumaker, Loop & Kendrick, LLP
Steven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: 813.229.7600
Facsimile: 813.229.1660

Attorneys for Defendant
Sharon Day

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive,<br><br>  Defendants<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:25-CV-04090-SVW-RAO<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**DECLARATION OF STEVEN M. BERMAN IN SUPPORT OF COUNTER-PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND SHARON DAY'S ANSWER AND COUNTERCLAIMS**<br><br>Date: October 20, 2025<br>Time: 1:30 p.m.<br>Dept.: 10A<br><br>Action Filed: May 7, 2025<br>Trial Date: None Set |

## DECLARATION OF STEVEN M. BERMAN

I, Steven M. Berman, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Shumaker, Loop & Kendrick, LLP, attorneys of record for Counter-Plaintiff, Sharon Day, ("Defendant" or "Movant"). I have personal knowledge of the facts set forth herein, except as to those where the statement is based upon my information and belief and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in further support of Movant's Motion for Leave to Amend the Answer and Counterclaims of Defendant, Sharon Day (the "Motion to Amend").

2. On September 30, 2025, and October 6, 2025, our office communicated with Mike Lieb of Ervin Cohen & Jessup, counsel of record for Plaintiff and Counter-Defendant Catalina Yachts, Inc., ("Catalina") and Daniel Kaplan of the Law Offices of Daniel A. Kaplan, counsel of record for Defendant and Counter-Plaintiff, Gerard Douglas ("Douglas") regarding whether each of their respective clients consent to the relief requested in the Motion to Amend.

3. During this exchange with Messrs, Kaplan and Lieb, our office discussed the amended counterclaims and corresponding removal of Michael Reardon as a counterclaim party-defendant.

4. While the parties do not oppose the dismissal of Mr. Reardon, which would be effectuated by the proposed amendment, neither party expressed affirmative approval or disapproval of the proposed amended counterclaim..

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of October 2025 in Gulf Breeze, Florida.

_____

Steven M. Berman