Shumaker, Loop & Kendrick, LLP
Steven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: 813.229.7600
Facsimile: 813.229.1660

Attorneys for Defendant
Sharon Day

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:25-CV-04090-SVW-RAO<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING COUNTER-PLAINTIFF SHARON DAY'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND**<br><br>Date: October 20, 2025<br>Time: 1:30 p.m.<br>Dept.: 10A<br><br>Action Filed: May 7, 2025<br>Trial Date: None Set |

# [PROPOSED] ORDER

This Court, having read and considered Defendant Sharon Day's Motion for Leave to Amend Answer and Counterclaims pursuant to Federal Rule of Civil Procedure 15(a)(2), the evidence in support thereof, and having reviewed the pleadings and papers on file herein and the argument of counsel, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. Defendant/Counter Plaintiff, Sharon Day, is GRANTED leave to amend her Answer to the Complaint and counterclaims against the Plaintiff/Counter Defendant, Catalina, Yachts, Inc.

IT IS SO ORDERED.

DATED_____, 2025

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE