UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-04090-SVW-RAO | Date: | October 20, 2025 |

| | |
|---|---|
| Title: | Catalina Yachts, Inc. v. Sharon Day et al |

| | |
|---|---|
| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |

| Daniel Tamayo | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael C Lieb | Steven M Berman |
| Zoe M Vallier | Daniel Adam Kaplan |

**Proceedings:**     ZOOM - MOTION to Dismiss Gerard Douglas First Amended Counterclaim (Doc No. 55) and Count 4 of Sharon Days' Counterclaims filed by Counter-Defendants [65]
MOTION to Amend Counterclaim filed by Counter-Plaintiff [75]

Case called. For the reasons stated on the record, the Court ORDERS the following:

- The MOTION to Dismiss [65] is DENIED.
- The MOTION to Amend Counterclaim [75] is GRANTED.
- The Plaintiff is directed to file their Motion as discussed on the record.
- The parties are ORDERED to submit their "Stipulation to Continue the Trial Date by 30 days" as soon as possible for the Court's review.

: 22