# EXHIBIT 3

**Masters, Jonathan**

| | |
|---|---|
| **From:** | Berman, Steven M. |
| **Sent:** | Tuesday, April 29, 2025 6:13 PM |
| **To:** | geoffrey.hemphill@woodsrogers.com; aleitch@ecjlaw.com |
| **Cc:** | Hoffman, Connie |
| **Subject:** | Sharon Day contract rights |
| **Attachments:** | Employment Bonus Agreement.pdf; Sharon - Retirement letters.pdf |

Geoff and Alex

As we discussed, we have had two professional calls with Geoff and one with Alex today. I thank you both for your openness and professional approach to the issue of Sharon Day's outstanding contract right to a minimum of $1M from the sale of Catalina Yacht's assets. I think you both indicated you were now aware of the obligation. It is my client's desire to find a way to both allow for the closing while protecting her right and entitlement to be paid her deferred compensation. A copy of the agreement I have is attached hereto, along with Sharon's resignation occurring more than sufficiently following Frank and Jean Butler's 2002 agreement on behalf of Catalina. Please touch base with me to discuss how to address Ms. Day's outstanding rights and Catalina's obligation to her.

I can best be reached today and tomorrow, while traveling, at 850-992-7868.

Thanks
Steve