Shumaker, Loop & Kendrick, LLP
Steven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: 813.229.7600
Facsimile: 813.229.1660

Attorneys for Defendant
Sharon Day

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants<br><br>GERARD DOUGLAS,<br><br>　　　　Plaintiff<br><br>v.<br>_____<br>　　　　Defendant<br><br>and<br><br>SHARON DAY,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CATALINA YACHTS, INC., | Case No. 2:25-CV-04090-SVW-RAO<br><br>Assigned to The Hon. Stephen V. Wilson<br><br>**STATEMENT OF UNCONTROVERTED FACTS FILED IN SUPPORT OF DEFENDANT/COUNTERCLAIM PLAINTIFF SHARON DAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 26, 2026<br>Time: 1:30 p.m.<br>Courtroom 10A<br><br>Action Filed: May 7, 2025<br>Trial Date: February 17, 2026 |

SHUMAKER, LOOP & KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

- 1 -

STATEMENT OF UNCONTROVERTED FACTS
2:25-CV-04090

38664545v1

a California Corporation,

        Counterclaim Defendant.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant/Counter-Plaintiff Sharon Day ("Ms. Day"), pursuant to FRCP 56 and Local Rule 56-1, by and through her undersigned counsel, hereby submits the following Statement of Uncontroverted Facts filed in support of her Motion for Partial Summary Judgment against Plaintiff/Counter-Defendant Catalina Yachts, Inc. ("Catalina"):

| **MOVING PARTY'S UNCONTROVERTED FACTS** | **MOVING PARTY'S SUPPORTING EVIDENCE** |
|---|---|
| The parties do not dispute the existence of a valid and enforceable contract. | Catalina Yachts, Inc.'s Complaint ("Complaint") ¶ 1, lines 19-26; Answer and Counterclaims of Defendant Sharon Day (Doc. 46), ¶ 1. |
| On or about November 18, 2002, Ms. Day, Catalina, Frank Butler (as President and individually), and Jean Butler (individually) executed the Agreement. | Berman Decl., Ex. 7. |
| The Agreement states that Ms. Day "shall earn the Bonus if [she] continues to work full-time for Catalina until the earlier of: (i) the sale of Catalina; or (ii) seven and one-half (7-1/2) years from | Berman Decl., Ex. 7, § 1.1. |

SHUMAKER, LOOP & KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

- 2 -

STATEMENT OF UNCONTROVERTED FACTS
2:25-CV-04090

38664545v1

| | |
|---|---|
| the date of execution of this Agreement," and defines "Sale of Catalina" to include "sale of the Butlers' stock or sale of all of Catalina's assets." | |
| The Agreement states that Catalina will pay the Bonus within 60 days of "payment to the Butlers of the consideration they are to be paid for their shares" and contemplates periodic payments for the "Butlers' Catalina shares." | Berman Decl., Ex. 7, §§ 1.5, 1.6. |
| "Bonus" is "additional compensation equal to five percent (5%) of the: (i) net sales price; or (ii) value of Catalina, whichever is appropriate," with a "Minimum Bonus" of "no less than one million ($1,000,000)" "if all conditions of [the] Agreement are satisfied." | Berman Decl., Ex. 7, §§ 1.2, 1.4. |
| Ms. Day worked for Catalina continuously from the execution of the Agreement until her retirement in 2024. | Berman Decl., Ex. 1, 47:9-13. |
| Ms. Day's right to a bonus vested on or about May 18, 2010. | Berman Dec., Ex. 1, 49:6-12. |
| Catalina testified that "for sure [Ms. Day has] reached [the Agreement's 'when bonus is earned' requirements] because | Berman Dec., Ex. 1, 49:6-12. |

Shumaker, Loop & Kendrick, LLP
Attorneys at Law
Tampa

- 3 -

STATEMENT OF UNCONTROVERTED FACTS
2:25-CV-04090

38664545v1

| | |
|---|---|
| she worked over the seven and a half years…" | |
| The first sale of assets occurred in November 2020, when Catalina sold certain property located in Pinellas County, Florida, to Generation Church of Tampa Bay, Inc. for approximately $1,000,000.00. | Berman Decl., Ex. 2. |
| The second sale of assets occurred in July 2024, when Catalina, for no consideration, transferred certain property located in Pinellas County, Florida, to Catalina Investments, LLC, a newly created entity controlled by the shareholders of Catalina, who then sold that property to Prometheus Maritime Properties for approximately $12,500,000.00, without using any of the sale proceeds to support necessary operations and without providing for payment to outstanding creditors including Ms. Day. | Berman Decl., Ex. 3; Berman Decl. Ex. 6, 30:25-32:5. |
| The third sale of assets occurred in April 2025, when Catalina entered into an Asset Purchase Agreement (the "APA") with Michael Reardon (the "Buyer") for the sale of Catalina's assets in exchange | Berman Dec., Ex. 4. |

SHUMAKER, LOOP & KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

- 4 -

STATEMENT OF UNCONTROVERTED FACTS
2:25-CV-04090

38664545v1

| | |
|---|---|
| for a $1,000,000.00 promissory note and the assumption of approximately $1,425,000.00 in liabilities. | |
| The APA provided that the Buyer "does not assume any liability under any agreements between [Catalina] and Sharon Day," reflecting Catalina's retention of the obligation. | Berman Dec., Ex. 4. |
| Michael Reardon declared that, prior to consummation of the transaction, "Mr. Berney and [Catalina's President] told me clearly Catalina was aware of and would pay the obligation to Ms. Day and that [Reardon] would not be responsible for it." | Berman Dec., Ex. 5, ¶ 8. |
| Catalina testified that "the way [the Agreement] is written up is a little unclear in certain areas." | Berman Dec., Ex. 1, 49:16-20. |
| Catalina testified that in a scenario where Catalina sells its assets without the Butlers selling their shares, the timing of Ms. Day's Bonus payment is "part of the confusing part about the document." | Berman Dec., Ex. 1, 51:8-19. |

SHUMAKER, LOOP & KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

- 5 -

STATEMENT OF UNCONTROVERTED FACTS
2:25-CV-04090

38664545v1

Dated: December 22, 2025

SHUMAKER, LOOP & KENDRICK, LLP
Steven M. Berman

By: */s/ Steven M. Berman*
    Steven M. Berman
    Attorney for SHARON DAY

SHUMAKER, LOOP & KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

- 6 -

STATEMENT OF UNCONTROVERTED FACTS
2:25-CV-04090

38664545v1