Shumaker, Loop & Kendrick, LLP
Steven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: 813.229.7600
Facsimile: 813.229.1660

Attorneys for Defendant
Sharon Day

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants <br><br> GERARD DOUGLAS, <br><br> Plaintiff <br><br> v. <br><br> ———————————— <br><br> Defendant <br><br> and <br><br> SHARON DAY, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> CATALINA YACHTS, INC., a California Corporation, | Case No. 2:25-CV-04090-SVW-RAO <br><br> Assigned to The Hon. Stephen V. Wilson <br><br> **DECLARATION OF STEVEN M. BERMAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> *[Filed concurrently with Notice of Motion and Memorandum of Points and Authorities; Statement of Uncontroverted Facts; and [Proposed] Order]* <br><br> Date: January 26, 2026 <br> Time: 1:30 p.m. <br> Courtroom 10A <br><br> Action Filed: May 7, 2025 <br> Trial Date: February 17, 2026 |

Shumaker, Loop & Kendrick, LLP
Attorneys at Law
Tampa

- 1 -

DECLARATION OF STEVEN M. BERMAN
2:25-CV-04090

38664561v1

Counterclaim Defendant.

## DECLARATION OF STEVEN M. BERMAN

I, Steven M. Berman, declare as follows:

1. I am an attorney duly admitted to practice before this Court and counsel of record for Defendant/Counter-Plaintiff Sharon Day ("Ms. Day"). I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Ms. Day's Motion for Partial Summary Judgment.

2. On May 7, 2025, Catalina Yachts, Inc. ("Catalina") filed its Complaint against Ms. Day and Gerald Douglas. Doc. 1. Exhibit 1 to Catalina's Complaint is the Bonus Compensation Agreement dated November 18, 2002. *See* Doc. 1-1.

3. On July 28, 2025, Ms. Day filed the Answer and Counterclaims of Defendant Sharon Day. *See* Doc. 46. On October 28, 2025, Ms. Day filed the Amended Answer and Counterclaims of Sharon Day. *See* Doc. 77.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of the corporate representative of Catalina, taken on December 10, 2025.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the warranty deed reflecting the First Sale to Generation Church of Tampa Bay, Inc.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the warranty deed reflecting the Second Sale to Prometheus Maritime Properties.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the Asset Purchase Agreement with Michael Reardon.

SHUMAKER, LOOP & KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

38664561v1

- 2 -

DECLARATION OF STEVEN M. BERMAN
2:25-CV-04090

8. Attached hereto as **Exhibit 5** is a true and correct copy of the Affidavit of Michael Reardon.

9. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from the deposition transcript of Keith Lichtman, taken on December 8, 2025.

10. Attached hereto as **Exhibit 7** is a true and correct copy of the Bonus Compensation Agreement dated November 18, 2002.

11. On December 5, 2025, I met and conferred via video conference with Catalina's counsel and Gerard Douglas' counsel regarding our planned motion for summary judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22ⁿᵈ day of December 2025 in Houston, Texas.

_____
Steven M. Berman

SHUMAKER, LOOP & KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

- 3 -

DECLARATION OF STEVEN M. BERMAN
2:25-CV-04090

38664561v1