# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catalina Yachts, Inc.<br>Plaintiff(s)<br>v.<br>Sharon Day et al<br>Defendant(s) | CASE NUMBER:<br>2:25-cv-04090-SVW-RAOx<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Rozella A. Oliver. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☒ No Hearing Required      ☐ Hearing Required
                           ☐ In-Person Court Hearing
                           ☐ Video Conference
                           ☐ Telephonic

The Court directs the parties to letter brief their dispute, each side to have 7 pages total of briefing (Defendant may decide how to apportion 7 pages across two letter briefs). Exhibits may be attached and do not count towards the page limit. Letter briefs shall be single-spaced, on letterhead, and must be filed on CM/ECF. Defendant's opening letter brief due by December 29, 2025; Plaintiff's responsive letter brief due by January 5, 2026; Defendant's optional reply letter brief due by January 8, 2026. The Court will take the matter under submission thereafter.

Dated:   December 23, 2025            By:   E. Ramirez
                                                Deputy Clerk