Shumaker, Loop & Kendrick, LLP
Steven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: 813.229.7600
Facsimile: 813.229.1660

Attorneys for Defendant
Sharon Day

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants <br><br> GERARD DOUGLAS, <br><br> Plaintiff <br><br> v. <br><br> CATALINA YACHTS, INC., a California Corporation, RUSSELL BERNEY, as Trustee, JEAN C. BUTLER, as Trustee, MICHAEL REARDON, an individual, and ROES 1 through 5, as Trustees, inclusive,_____ <br><br> Defendants. <br><br> and <br><br> SHARON DAY, | Case No. 2:25-CV-04090-SVW-RAO <br><br> Assigned to The Hon. Stephen V. Wilson <br><br> **DECLARATION OF STEVEN M. BERMAN IN SUPPORT OF SHARON DAY'S OPPOSITION TO CATALINA YACHTS, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT** <br><br> *[Filed concurrently with Opposition to Motion; Opposition to Separate Statement; Appendix of Evidence; and Evidentiary Objections]* <br><br> Date: March 16, 2026 <br> Time: 1:30 p.m. <br> Courtroom 10A <br><br> Action Filed: May 7, 2025 <br> Trial Date: April 21, 2026 |

Counterclaim Plaintiff,

v.

CATALINA YACHTS, INC.,
a California Corporation,

   Counterclaim Defendant.

## DECLARATION OF STEVEN M. BERMAN

I, Steven M. Berman, declare as follows:

1. I am an attorney duly admitted to practice before this Court and counsel of record for Defendant/Counter-Plaintiff Sharon Day ("Ms. Day"). I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Sharon Day's Opposition to Catalina Yachts, Inc.'s Renewed Motion for Summary Judgment (Doc. 122).

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of the 30(b)(6) representative of Catalina Yachts, Inc., Marc Reese, conducted on December 10, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the warranty deed reflecting the November 2020 sale to Generation Church of Tampa Bay, Inc.

4. Attached hereto as **Exhibit 3** is a true and correct copy of warranty deed reflecting the transfer of property from Catalina Yachts, Inc. to Catalina Investments, LLC, and warranty deed reflecting the July 2024 sale to Prometheus Maritime Properties.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Asset Purchase Agreement with Michael Reardon.

1    6.  Attached hereto as **Exhibit 5** is a true and correct copy of the affidavit of Michael Reardon.

2    7.  Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Keith Lichtman, taken on December 8, 2025.

3    8.  Attached hereto as **Exhibit 7** is a true and correct copy of the Bonus Compensation Agreement dated November 18, 2002.

4    9.  Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the deposition transcript of Patrick Turner, taken on November 21, 2025.

5    10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition transcript of Nancy Bear, taken on December 10, 2025.

6    11. Attached hereto as **Exhibit 10** is a true and correct copy of an email sent by me to, *inter alia*, Alex Leitch on April 29, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of February 2026 in Gulf Breeze, Florida.

_____
Steven M. Berman