Docusign Envelope ID: 0CFF3AC6-7893-4DBE-9B16-4C2ED18675D2

Shumaker, Loop & Kendrick, LLP
Steven M. Berman, Bar No. 256846
sberman@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: 813.229.7600
Facsimile: 813.229.1660

Attorneys for Defendant
Sharon Day

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATALINA YACHTS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SHARON DAY, an individual; GERARD DOUGLAS, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants <br><br> GERARD DOUGLAS, <br><br> Plaintiff <br><br> v. <br><br> CATALINA YACHTS, INC., a California Corporation, RUSSELL LANE BERNEY, as Trustee, JEAN C. BUTLER, as Trustee, MICHAEL REARDON, an individual, and ROES 1 through 5, as Trustees, inclusive, <br><br> Defendants. <br><br> and <br><br> SHARON DAY, <br><br> Counterclaim Plaintiff, | Case No. 2:25-CV-04090-SVW-RAO <br><br> Assigned to the Hon. Stephen V. Wilson <br><br> **HOLLY HANNAH'S DECLARATION IN SUPPORT OF APPLICATION FOR HER APPOINTMENT OF AS GUARDIAN AD LITEM** <br><br><br> Action Filed: May 7, 2025 <br> Trial Date: April 21, 2026 |

v.

CATALINA YACHTS, INC.,
a California Corporation,

        Counterclaim Defendant.

I, Holly Hannah, declare as follows:

1. I am the daughter of Sharon Day ("Ms. Day"), a defendant and counter-plaintiff in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Ms. Day is currently experiencing cognitive decline in a way that affects her memory.

3. Due to her condition, I have previously been granted power of attorney for Ms. Day, which was granted at a time when she was deemed, by the treating physician, to be able to appreciate and comprehend the effect of that power of attorney, and I am authorized to act on her behalf in connection with her personal and legal affairs, including in the above styled litigation.

4. I am asking this Court to appoint me, Holly Hannah, as guardian ad litem to represent the interests of Ms. Day for the purposes of the above styled litigation to both prosecute Ms. Day's claims and to defend claims asserted against her.

SHUMAKER, LOOP &
KENDRICK, LLP
ATTORNEYS AT LAW
TAMPA

- 2 -

HOLLY HANNAH'S DECLARATION
2:25-CV-04090

5. All of Ms. Day's family members agree that it is in Ms. Day's best interests for me to both be appointed and serve as guardian ad litem for purposes of the above styled litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of March 2026 in Los Angeles, California.



Holly Hannah

- 3 -

HOLLY HANNAH'S DECLARATION
2:25-CV-04090